**Clyde Frank SMITH, Appellant, v. The STATE of Texas, Appellee.**

**No. 20418.**

Court of Criminal Appeals of Texas.

May 17, 1939.

Baskett & Parks, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for four years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Robert YAMADA v. STATE.**

**No. 20393.**

Court of Criminal Appeals of Texas.

April 26, 1939.

C. W. Falvey, of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for theft; punishment assessed is confinement in the state penitentiary for a term of five years.

The appellant has filed an affidavit to dismiss this appeal, duly certified as required by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Johnny James YOUNG v. STATE.**

**No. 20453.**

Court of Criminal Appeals of Texas.

May 3, 1939.

J. V. Frnka, of Columbus, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for theft of turkeys; punishment, two years confinement in the penitentiary.

Since his appeal was perfected the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal is ordered dismissed.